# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL ROJAS and BRANDELY ROJAS, on behalf of themselves and on behalf of all others similarly situated, | ) ) ) ) | Civil Action No. 2:15-cv-00010-AJS |
| Plaintiffs, | ) ) | |
| | ) | Honorable Arthur J. Schwab |
| v. | ) ) | |
| ONE STOP PERSONNEL SERVICES, LLP, | ) ) ) | *ELECTRONICALLY FILED* |
| Defendant. | ) ) | |

## MOTION FOR *PRO HAC VICE* OF PATRICK S. RICHTER

Patrick S. Richter, undersigned counsel for Defendant One Stop Personnel Services, LLP, hereby moves that Patrick S. Richter be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant One Stop Personnel Services, LLP in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Patrick S. Richter filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  February 20, 2015.

          */s/ Patrick S. Richter*
          Marla N. Presley
          Pa. I.D. No. 91020
          Marla.presley@jacksonlewis.com
          One PPG Place, 28th Floor
          Pittsburgh, PA  15222
          (412) 232-0404
          (412) 232-3441 facsimile

          Patrick Richter*
          Patrick.Richter@jacksonlewis.com
          Tx. I.D. No. 00791524
          816 Congress Ave., Suite 1530
          Austin, Texas 78701
          (512) 362-7100
          (512) 362-5574 facsimile

          *\* Admission Pro Hac Vice pending*

          *Counsel for Defendant*

4826-4526-7745, v.  1