**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL ROJAS and BRANDELI | ) | |
| ROJAS, on behalf of themselves and | ) | |
| on behalf of all others similarly situated, | ) | Civil Action No. 15-10 |
| Plaintiffs, | ) | |
| | ) | United States Magistrate Judge |
| v. | ) | Cynthia Reed Eddy |
| | ) | |
| ONE STOP PERSONNEL SERVICES, | ) | |
| LLP, | ) | |
| Defendant. | ) | |

**ORDER FOR PRELIMINARY APPROVAL, NOTICE TO
THE SETTLEMENT CLASS, AND CLASS CERTIFICATION**

Upon consideration of the parties' Joint Motion for Preliminary Approval of Class Settlement, Class Certification, Appointment of Class Counsel and Class Representatives, and its amendment and supporting exhibits,

IT IS ORDERED this 7th day of March, 2016 that:

(1)     The Parties' class-wide settlement is preliminarily APPROVED as fair and reasonable;

(2)     Plaintiffs Daniel Rojas and Brandely Rojas are appointed as Representative Plaintiffs;

(3)     Megan Lovett, Esq. of the Community Justice Project and Richard Matesic, Esq. are appointed as Class Counsel;

(4)     The Community Justice Project is appointed as the Claims Administrator of the Class;

(5)     For the purposes of settlement under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the Pennsylvania Minimum Wage Act, 43 P.S. §§333.101, *et seq.*, and the Pennsylvania Wage Payment & Collection Law, 43 P.S. §§ 260.1, *et seq.* or any other federal,

1

state, or local statute regulation, rule or common law theory and Rule 23(b)(3) of the Federal

Rules of Civil Procedure, a Settlement Class is certified consisting of:

> ALL PERSONS WHO WORKED AS A MOVIE THEATER
> CLEANER FOR ONE STOP PERSONNEL SERVICES, LLP,
> ("ONE STOP") AT ANY TIME BETWEEN FEBRUARY 1, 2011
> AND DECEMBER 9, 2015.
>
> SUBCLASS ONE: INCLUDES ANY CLASS MEMBER WHO
> FILES A CLAIM ARISING FROM WORK PERFORMED FOR
> ONE STOP BETWEEN FEBRUARY 1, 2011 AND DECEMBER
> 31, 2012;
>
> SUBCLASS TWO: INCLUDES ANY CLASS MEMBER WHO
> FILES A CLAIM ARISING FROM WORK PERFORMED FOR
> ONE STOP AT ANY TIME BETWEEN JANUARY 1, 2013
> AND DECEMBER 9, 2015.

(6)    By **March 14, 2016**, Defendant shall provide the Claims Administrator with a list

of each Class Member's name and last known address.

(7)    By **March 21, 2016**, Notice and Claim Forms shall be sent to Class Members;

(8)    Within 45 days after the Notice is sent to Class Members, or **May 5, 2016**, said

Class Members shall opt-out, lodge objections, or submit claims as set forth in the Notice

(including the Claim Forms), which were jointly proposed by the parties [ECF Nos. 89-1, 89-2]

and shall promptly be filed with the Court;

(9)    Any party may file a response to any timely filed objection of any Class Member

by **May 26, 2016**;

(10)    A motion for final approval shall be filed by **June 16, 2016**;

(11)    The parties shall cooperate in effectuating all terms of the parties' Settlement

Stipulation, including the exchange of information needed, identifying a class-list, provision of

necessary data, facilitation of the distribution process, and other issues that arise;

(12)    The form and content of the Notice of Class Action Settlement [ECF No. 89-1]

and attendant Settlement Claim Form [ECF No. 89-2], are adequate, proper, comport with due process and are hereby approved;

(13)     That delivery of the Notice of Class Action Settlement and attendant Settlement Claim Form by U.S. Mail is hereby found to be a suitable means of providing notice to putative Class Members and will constitute due and sufficient notice of the proposed settlement to all persons; and

(14)     A final approval/fairness hearing is scheduled for **July 20, 2016 at 10:00 a.m.** before the undersigned at the Joseph D. Weis, Jr., U.S. Courthouse, 700 Grant Street, Courtroom 10A, Pittsburgh, PA 15219.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF