IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ROJAS and Brandely Rojas, on behalf of themselves and on behalf of all others similarly situated, | CIVIL ACTION |
| | Civil Action No. 2:15-cv-00010-CRE |
| *Plaintiffs*, | Cynthia Reed Eddy, U.S.M.J. |
| vs. | |
| One Stop Personnel Services, Limited Liability Partnership, | |
| *Defendant*. | |

### ORDER

WHEREAS, the Plaintiff Class Representatives Daniel Rojas and Brandeli Rojas, on their own behalf and on behalf of the Plaintiff Class ("Plaintiffs") and Defendant One Stop Personnel Services, LLP ("One Stop") agreed to settle this action at a mediation held on December 9, 2015;

WHEREAS, on February 18, 2016 the parties filed their joint motion for preliminary approval of settlement, class certification, and appointments of class counsel and class representatives (Doc. 84)(later amended on March 4, 2016; see Doc. 89) which, together with the additional exhibits attached to this motion, sets forth the terms and conditions for the proposed Settlement and its implementation;

WHEREAS, this Court having duly considered this proposed Settlement, the motion for preliminary approval and the exhibits attached to this motion, as modified, entered an order on March 7, 2016 preliminarily approving this Settlement, directing notice to the Class, as provided in this motion and these exhibits, and scheduling a final hearing (the "Fairness Hearing") to determine:  (a) whether the proposed Settlement on

the terms and conditions provided in this Settlement and the Order Granting Preliminary Approval of this Settlement should be given final approval by the Court; and (b) whether to approve the payment of Class Counsel fees and costs and Class Representative service awards;

WHEREAS, Plaintiffs have now applied for final approval of this Settlement as well as Class Counsel fees and costs and Class Representative service awards; and

WHEREAS, the Court having duly considered this proposed Settlement, the motion for approval and the declaration of Class Counsel;

NOW, THEREFORE, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. All terms and phrases used in this Final Approval Order shall have the same meanings ascribed to them in the Settlement, unless otherwise noted.

2. This Court has jurisdiction over the subject matter of this action and over all settling parties, including all Settlement Class Members.

3. This Court has previously determined that the Plaintiff Class, defined as follows, was properly certified pursuant to Federal Rule of Civil Procedure 23:

> All persons who worked as a movie theater cleaner for One Stop Personnel Services, LLP, (One Stop) in Allegheny County, Pennsylvania at any time between February 1, 2011 and December 9, 2015.

4. Due and adequate notice of the Settlement has been given pursuant to the Preliminary Approval Order, FRCP 23, and due process.

5. No objection to the settlement was made by any Class Member pursuant to the procedure made available.

6. No Class Member excluded him or herself from the class pursuant to the procedure made available.

7. Defendant has timely filed notifications of this settlement with the appropriate officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), Pub.

L. No. 109-2, 119 Stat. 4, 7-8 (2005), effective February 18, 2005, codified at 28 U.S.C. §§ 1711-1715. These notifications apprised the appropriate officials that, in connection with the approval of this settlement, Defendant would seek certification from this Court that their respective notifications complied with any applicable CAFA requirements. The Court has reviewed such notifications and accompanying materials and finds that Defendant's notifications comply fully with any applicable requirements of CAFA.

8. The Court finds that Class Counsels' request of $40,500 for attorneys' fees and costs is fair and reasonable.

9. The Court finds that Class Counsels' request of $1,000 as a service award for each Class Representative is fair and reasonable.

10. This Court hereby finally approves the Settlement, finds that in all respects it is fair, reasonable and adequate and in the best interests of the Class, and hereby directs that it shall be effectuated in accordance with its terms and those set out in the Motion for Final Approval.

11. This Court hereby dismisses this action in its entirety on the merits and with prejudice.

12. Without affecting the finality of this Final Approval Order and Judgment in any way, this Court hereby retains jurisdiction to enforce all terms and conditions of the parties' settlement.

**IT IS SO ORDERED.**

Dated: July 20, 2016

The Honorable Cynthia Reed Eddy
United States Magistrate Judge